back... back... backed out...